**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1591 ODW(SSx) | Date | October 29, 2008 |
|---|---|---|---|
| Title | James Harris v. National Railroad Passenger Corporation, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause Why Case Should Not Proceed to Trial; Continuing Pretrial Conference and Hearing on Motions In Limine

Pursuant to Judge Segal's Settlement Conference Minute Order [25] issued September 15, 2008, the parties were to a Stipulation and Proposed Order of Dismissal no later than October 14, 2008. As of this date, no such document has been filed.

The parties are hereby ordered to show cause in writing on or before **November 3, 2008** why this case should not proceed to trial.

The Pretrial Conference scheduled for November 3, 2008 at 3:30 p.m. and the Hearing on Motions In Limine scheduled for November 5, 2008 at 3:30 p.m. are both CONTINUED to **Thursday, November 13, 2008 at 1:30 p.m.**

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |